ANDREWS v. INSURANCE CO.

No. 40.

Case below: 26 N.C. App. 163.

Plaintiffs' motion to dismiss appeal for lack of substantial constitutional question allowed 25 August 1975.

AYERS v. BROWN

Nos. 124 PC and 33.

Case below: 25 N.C. App. 476.

Petition for writ of certiorari to North Carolina Court of Appeals improvidently granted 6 June 1975 (reported 287 N.C. 464) is denied 2 September 1975.

BLOUNT v. TYNDALL

No. 133 PC.

Case below: 25 N.C. App. 559.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

BOWES v. INSURANCE CO.

No. 3 PC.

Case below: 26 N.C. App. 234.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

BRITT v. BRITT

No. 186 PC.

Case below: 26 N.C. App. 132.

Petition for writ of certiorari to North Carolina Court of Appeals denied 27 August 1975. Appeal dismissed ex mero motu for lack of substantial constitutional question 27 August 1975.